Ryan Baker (SBN 214036)
  rbaker@bakermarquart.com
Scott Malzahn (SBN 229204)
  smalzahn@bakermarquart.com
Baker Marquart LLP
10990 Wilshire Blvd. 4th Floor
Los Angeles, CA 90024
Telephone:  (424) 652-7800
Facsimile:   (424) 652-7850

*Attorneys for Plaintiffs*
*FilmOn.TV NY Inc., Musion Das*
*Hologram Limited, and Uwe Maass*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILMON.TV NY INC. d/b/a HOLOGRAM USA; MUSION DAS HOLOGRAM LIMITED; and UWE MAASS, | **Case No.** 14-cv-02241 |
| | **COMPLAINT** |
| Plaintiffs, | **DEMAND FOR JURY TRIAL** |
| v. | |
| CIRQUE DU SOLEIL, INC.; CIRQUE DU SOLEIL AMERICA, INC.; CIRQUE DU SOLEIL HOLDING USA, INC.; MGM RESORTS INTERNATIONAL; and DOES 1 through 10, | |
| Defendants. | |

## INTRODUCTION

1.     In 1862, John Pepper and Henry Dircks invented "Pepper's Ghost," an illusion technique, which, over the last 150 years, has appeared in movies,

concerts, magic shows and amusement park rides. Many of us have sat alongside Pepper's Ghost in Disneyland's Haunted Mansion. Today a new incarnation of Pepper's Ghost exists – Musion Eyeliner technology. Musion Eyeliner uses a patented system to project three-dimensional images virtually indistinguishable from real-life bodies. Musion Eyeliner creates the illusion of life-size, three-dimensional moving images that may appear within a live setting. Musion Eyeliner has gained notoriety around the world for the quality of its holographic projections. In 2012, this technology was used at the Coachella Music Festival to create a three-dimensional image of deceased rapper Tupac Shakur, who appeared to the audience as if he were performing live on stage with Dr. Dre and Snoop Dogg.

2.      Musion Eyeliner is protected by two U.S. patents – U.S. patent no. 5,865,519 (the "'519 Patent") and U.S. patent no. 7,883,212 (the "'212 Patent" and, along with the '591 Patent, the "Patents At Issue"). Plaintiff Uwe Maass holds the '519 patent. Plaintiff Musion Das Hologram ("Musion DH") holds the '212 patent. Maass and Musion DH have licensed certain rights to practice the Patents At Issue to Plaintiff FilmOn.TV NY Inc. ("Hologram USA"). Plaintiffs have entered into agreements to license Musion Eyeliner technology for use in various settings around the world. But no such license has been provided to any of the Defendants in this case. Although it has been widely acknowledged that Defendants employ the Musion Eyeliner technology to create a three-dimensional hologram of Michael Jackson in Cirque de Soleil's "Michael Jackson: One," Defendants do not possess a valid license to practice that technology. Such a license may only be provided by Plaintiffs. In spite of their knowledge of Plaintiffs' rights, none of the Defendants have approached Plaintiffs to license Musion Eyeliner.

3.     Defendants' infringement of the Patents At Issue has damaged and continues to damage Plaintiffs.   Plaintiffs seek to enjoin Defendants' wrongful conduct.  Plaintiffs also seek damages they have incurred as a result of Defendants' infringing conduct.

## THE PARTIES

5.     Plaintiff FilmOn.TV NY Inc. d/b/a "Hologram USA," also known as "Musion" ("Hologram USA"), is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 301 N. Canon Drive, Beverly Hills, California 90210.

6.     Plaintiff Musion Das Hologram Limited ("Musion DH") is a corporation organized and existing under the laws of the United Kingdom, having a principal place of business at 90 High Holborn, London, United Kingdom WC1V 6XX.

7.     Plaintiff Uwe Maass ("Maass") is a citizen of Germany and an individual residing in Dubai in the United Arab Emirates.

8.     On information and belief, defendant Cirque du Soleil, Inc. is a corporation organized and existing under the laws of Canada, having a principal place of business at 8400 2e Avenue, Montréal, QC H1Z 4M6, Canada.

9.     On information and belief, defendant Cirque du Soleil Holding USA, Inc. is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 980 Kelly Johnson Drive, Las Vegas, Nevada 89119.

10.     On information and belief, defendant Cirque du Soleil America, Inc. is a corporation organized and existing under the laws of State of Delaware, having a principal place of business at 980 Kelly Johnson Drive, Las Vegas, Nevada 89119.

11.     On information and belief, defendant MGM Resorts International ("MGM") is a corporation organized and existing under the laws of the State of Delaware, having a principal place of business at 3600 Las Vegas Blvd, Las Vegas, Nevada 89109.  It owns and operates the Mandalay Bay Resort and Casino ("Mandalay Bay") in Las Vegas.

## JURISDICTION AND VENUE

12.     This is a civil action for patent infringement arising under the Patent Laws of the United States of America, 35 U.S.C. § 101, *et seq.*

13.     This Court has jurisdiction over the subject matter of this Complaint pursuant to 28 U.S.C. §§ 1331 and 1338.

14.     This Court has personal jurisdiction over Defendants for at least the following reasons: (i) Defendants regularly do business or solicit business, engage in other persistent courses of conduct, and/or derive substantial revenue from products and/or services provided to individuals in this District and in this State; (ii) and Defendants have purposefully established substantial, systematic, and continuous contacts with this District and expect or should reasonably expect to be hauled into court here.  Thus, this Court's exercise of jurisdiction over Defendants will not offend traditional notions of fair play and substantial justice.

15.     Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because Defendants do business in and reside this District, and Defendants are subject to personal jurisdiction in this District.

## FACTUAL ALLEGATIONS

16.     The Musion Eyeliner system is an amazing new technique of projecting video to create the illusion of life-size, full color, 3D moving images. All of the images used in this system are three-dimensional, but are projected as two-dimensional images into a three-dimensional stage set.  The mind of the audience creates the 3D illusion. This means that production costs are minimal,

1  needing only single camera lens for filming and a single projector for the playback.

2      17.    Musion Eyeliner is protected by patents in the United States.  As

3  described in the '519 and '212 patents, Musion Eyeliner is a proprietary high

4  definition video projection system that allows moving images to appear within a

5  live stage setting.  A white projection screen or other reflecting surface is placed on

6  the floor of the stage.  An image source (preferably, a computer-controlled

7  intelligent light amplifier) projects an image onto the reflecting surface, which

8  projects the image onto a thin transparent foil arranged on stage at an angle of

9  about 45 degrees.  From the audience's perspective, the image produced on the foil

10  appears as a life-like three-dimensional image.

11      18.    Hologram USA has licensed the exclusive right to exploit the Musion

12  Eyeliner system (including the Patents At Issue) in all markets in the United States

13  and Canada, with the exception of adult entertainment.  Accordingly, Hologram

14  USA has the exclusive right to use the Musion Eyeliner system and to sublicense

15  its use to third parties in those territories.

16      19.    Based on information and belief, Defendants are infringing on one or

17  more of the claims of the Patents At Issue.

18      20.    Cirque produces a show entitled "Michael Jackson: One", which is

19  based at MGM's Mandalay Bay on the Las Vegas strip.  Based on information and

20  belief, Defendants use the patented Musion Eyeliner system to create a three-

21  dimensional projection of Michael Jackson in this show.  The Defendants did not

22  obtain any authorization from Hologram USA to use this patented technology.

23      21.    Hologram USA has placed Cirque on notice of its infringing

24  activities, but Cirque has not stopped using Musion Eyeliner.

25      22.    Defendants' infringement of the '519 and '212 patents has caused and

26  will continue to cause monetary and other damages to Plaintiffs.

27

28

## FIRST CLAIM FOR RELIEF – Against Cirque

### (Infringement of Patent No. 5,865,519)

23.     Plaintiffs incorporate by reference the preceding averments set forth in paragraphs 1-22.

24.     U.S. Patent No. 5,865,519 ("the '519 patent") duly and lawfully issued on February 2, 1999 to Uwe Maass and is titled "Device For Displaying Moving Images In The Background Of A Stage." The claims of the '519 patent are directed at a device or apparatus for representing three-dimensional moving images in the background of a stage or the like using an image source. A true and correct copy of the '519 patent is attached as Exhibit A.

25.     Maass is the owner of the '519 patent, and Hologram USA has licensed the exclusive right to exploit this patent in all markets in the U.S. and Canada with the exception of adult entertainment. Maass and Hologram USA have the right to bring this suit for injunctive relief and damages.

26.     On information and belief, Cirque has been, is currently, and unless enjoined, will continue to directly infringe one or more claims of the '519 patent by making, using, offering to sell, and selling within the United States the patented invention, including but not limited to the improper and unauthorized use of the Musion Eyeliner system to create a three-dimensional image of Michael Jackson on stage. Cirque's products and services embody and/or practice one or more claims of the '519 patent.

27.     Cirque's infringing activities have caused and will continue to cause Plaintiffs irreparable harm, for which it has no adequate remedy at law, unless Cirque's infringing activities are enjoined by this Court in accordance with 35 U.S.C. § 283.

28.     Plaintiffs have been and continue to be damaged by Cirque's infringement of the '519 patent in an amount to be determined at trial.

COMPLAINT

29.     Cirque willfully and deliberately infringes the '519 patent in disregard of Plaintiffs' rights.

## SECOND CLAIM FOR RELIEF – Against Cirque
### (Infringement of Patent No. 6,757,674)

30.     Plaintiffs incorporate by reference the preceding averments set forth in paragraphs 1-29.

31.     U.S. Patent No. 7,883,212 ("the '212 patent") duly and lawfully issued on February 8, 2011 to Ian O'Connell and James Rock and is titled "Projection Apparatus And Method For Pepper's Ghost Illusion." The claims of the '212 patent are directed at a projection apparatus arranged to project an image of an object upon an inclined, partially reflective, screen so as to give a false perception of depth and a method for constructing such an apparatus. A true and correct copy of the '212 patent is attached as Exhibit B.

32.     In or about September 2006, Ian O'Connell and James Rock assigned all their interests in the anticipated application for the '212 patent to Musion Systems Limited. A true and correct copy of the Patent Assignment Abstract of Title is attached as Exhibit C.

33.     In or about September 2013, Musion Systems Limited assigned all its interests in the '212 patent to Musion DH. *See* Exhibit C.

34.     Musion DH is the owner of the '212 patent, and Hologram USA has licensed the exclusive right to exploit this patent in all markets in the U.S. and Canada with the exception of adult entertainment. Musion DH and Hologram USA have the right to bring this suit for injunctive relief and damages.

35.     On information and belief, Cirque has been, is currently, and unless enjoined, will continue to directly infringe one or more claims of the '212 patent by making, using, offering to sell, and selling within the United States the patented invention, including but not limited to the improper and unauthorized use of the

1 | Musion Eyeliner system to create a three-dimensional image of Michael Jackson
2 | on stage. Cirque's products and services embody and/or practice one or more
3 | claims of the '212 patent.

4 |      36.    Cirque's infringing activities have caused and will continue to cause
5 | Plaintiffs irreparable harm, for which it has no adequate remedy at law, unless
6 | Cirque's infringing activities are enjoined by this Court in accordance with 35
7 | U.S.C. § 283.

8 |      37.    Plaintiffs have been and continue to be damaged by Cirque's
9 | infringement of the '212 patent in an amount to be determined at trial.

10 |      38.    Cirque willfully and deliberately infringes the '212 patent in disregard
11 | of Plaintiffs' rights.

12 | **THIRD CLAIM FOR RELIEF – Against MGM**
13 | **(Vicarious Liability for Infringement)**

14 |      39.    Plaintiffs incorporate by reference the preceding averments set forth
15 | in paragraphs 1-38.

16 |      40.    MGM is vicariously liable for Cirque's direct infringement of the
17 | Patents At Issue.

18 |      41.    Based on information and belief, MGM was and is involved in a
19 | partnership with Cirque. MGM's Mandalay Bay on the Las Vegas strip serves as
20 | the permanent residence for Cirque's show, "Michael Jackson: One." MGM has
21 | named this theater the "Michael Jackson ONE Theatre." MGM has publicly
22 | referred to Cirque as its "partner."

23 |      42.    Based on information and belief, pursuant to its partnership with
24 | Cirque, MGM possesses certain contractual rights and duties and has the ability to
25 | control Cirque's conduct in its theater.

26 |      43.    MGM advertises the "Michael Jackson: One" show on its website for
27 | Mandalay Bay and sells tickets to the show over the internet on a Ticketmaster
28 |

webpage devoted to Mandalay Bay.  MGM actively promotes the show to customers.

44.     Based on information and belief, MGM financially benefits from "Michael Jackson: One" and Cirque's financial success at its theater.

45.     Based on information and belief, MGM knew or should have known that the Musion Eyeliner system is a patented technology.  There are has been substantial press coverage about this technology, especially after it was used to create a three-dimensional image of Tupac Shakur at the Coachella Music Festival in 2012.

46.     Based on information and belief, MGM knew or should have known that Cirque was using the Musion Eyeliner system to create a three-dimensional image of Michael Jackson in its show at Mandalay Bay.  There has been substantial press coverage about the show, including articles that place MGM on notice that the Musion Eyeliner system was used to create the highly publicized three-dimensional image of Michael Jackson.  Additionally, MGM knew or should have known that Cirque was and is infringing the Patents At Issue.

47.     In light of MGM's close partnership with Cirque, MGM is vicariously liable for infringement of the Patents At Issue.

### FOURTH CLAIM FOR RELIEF – Against MGM
### (Active Inducement)

48.     Plaintiffs incorporate by reference the preceding averments set forth in paragraphs 1-47.

49.     Based on information and belief, MGM actively induced Cirque's direct infringement of the Patents At Issue.

50.     Based on information and belief, MGM was and is involved in a partnership with Cirque.  MGM's Mandalay Bay on the Las Vegas strip serves as the permanent residence for Cirque's show, "Michael Jackson: One."  MGM has

named this theater the "Michael Jackson ONE Theatre." MGM has publicly referred to Cirque as its "partner."

51.    MGM advertises the "Michael Jackson: One" show on its website for Mandalay Bay and sells tickets to the show over the internet on a Ticketmaster webpage devoted to Mandalay Bay. MGM actively promotes the show to customers.

52.    Based on information and belief, MGM knew or should have known that the Musion Eyeliner system is a patented technology. There are has been substantial press coverage about this technology, especially after it was used to create a three-dimensional image of Tupac Shakur at the Coachella Music Festival in 2012.

53.    Based on information and belief, MGM knew or should have known that Cirque was using the Musion Eyeliner system to create a three-dimensional image of Michael Jackson in its show at Mandalay Bay. There has been substantial press coverage about the show, including articles that place MGM on notice that the Musion Eyeliner system was used to create the highly publicized three-dimensional image of Michael Jackson. Additionally, MGM knew or should have known that Cirque was and is infringing the Patents At Issue.

54.    Based on information and belief, MGM knowingly induced the infringement of the Patents At Issue.

55.    Based on information and belief, MGM possessed a specific intent to encourage Cirque to infringe the Patents At Issue.

56.    Accordingly, MGM is liable for actively inducing infringement of the Patents At Issue under 35 U.S.C. § 271(b).

## **REQUEST FOR RELIEF**

WHEREFORE, Plaintiffs respectfully request that:

a.      Judgment be entered that Defendants have infringed one or more claims of the '212 and '519 patents;

b.      Judgment be entered permanently enjoining Defendants, their directors, officers, agents, servants, and employees, and those acting in privity or in concert with them, and their subsidiaries, divisions, successors and assigns, from further acts of infringement of the '212 and '519 patents;

c.      Judgment be entered that Defendants' infringement has been willful;

d.      Judgment be entered awarding Plaintiffs all damages adequate to compensate it for Defendants' infringement of the '212 and '519 patents, including all pre-judgment and post-judgment interest at the maximum rate permitted by law, and including a trebling of such damages due to Defendants' willful infringement.

e.      For reasonable attorneys' fees incurred in bringing and litigating this action;

f.      For costs of suit herein;

g.      Judgment be entered awarding all other relief as the Court deems proper.


DATED:  March 24, 2014                    BAKER MARQUART LLP

By: _____

Ryan Baker (Bar No. 214036)
rbaker@bakermarquart.com

*Attorneys for Plaintiffs FilmOn.TV NY Inc., Musion Das Hologram Limited, and Uwe Maass*

COMPLAINT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## DEMAND FOR JURY TRIAL

Please take notice that Plaintiffs demand trial by jury in this action.

DATED:  March 24, 2014

BAKER MARQUART LLP

By: _____

Ryan Baker (Bar No. 214036)
rbaker@bakermarquart.com

*Attorneys for Plaintiffs FilmOn.TV NY*
*Inc., Musion Das Hologram Limited,*
*and Uwe Maass*

COMPLAINT