NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) OR PRO PER:

Todd M. Sorrell (Bar No. 175143)
FULBRIGHT & JAWORSKI LLP
555 S. Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
ATTORNEY(S) FOR: Defendants

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILMON.TV NY INC., et al. | CASE NUMBER:<br><br>2:14-cv-02241-E |
| Plaintiff(s), | |
| v.<br><br>CIRQUE DU SOLEIL, INC., et al.<br><br>Defendant(s) | **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**<br><br>(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only) |

### (THIS FORM SHALL BE USED ONLY FOR CASES IN WHICH A MAGISTRATE JUDGE IS INITIALLY ASSIGNED PURSUANT TO LOCAL RULE 73-2.)

In accordance with General Order 11-06 and Local Rule 73-2 the above-captioned civil matter has been randomly assigned to Magistrate Judge _____ CHARLES F. EICK _____. All parties to the above-captioned civil matter are to select one of the following two options and file this document with the Clerk's Office.

☐　　The party or parties listed below to the above-captioned civil matter **consent** pursuant to the provisions of 28 U.S.C. § 636(C) and F.R.Civ.P. 73(b), to have the assigned Magistrate Judge conduct all further proceedings in the case, including trial and entry of final judgment.

　　　Any appeal from a judgment of the assigned Magistrate Judge shall be taken to the United States Court of Appeals in the same manner as an appeal from any other judgment of the District Court in accordance with 28 U.S.C. § 636(c)(3).

☒　　The party or parties listed below to the above-captioned civil matter **do not consent** to proceed before the assigned Magistrate Judge.

　　　The party or parties listed below acknowledge that they are free to withhold consent without adverse substantive consequences.

| Name of Counsel (**OR** Party if Pro Per) | Signature and date | Counsel for (Name of Party or Parties) |
|---|---|---|
| TODD M. SORRELL | 04/16/2014 | Defendants |
| | | |
| | | |
| | | |

☐　　Party filing this form shall check this box if all parties have consented to proceed before the assigned Magistrate Judge.

## NOTICE TO COUNSEL FROM CLERK:

All parties having consented to proceed before the assigned Magistrate Judge, this case will remain assigned to United States Magistrate Judge _____ for all further proceedings.

CV-11C (06/11) 　　STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
　　　　　　　(For use in Direct Assignment of Civil Cases to Magistrate Judges Program only)

CCD-11C

## PROOF OF SERVICE

I, Mylene A. Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On April 16, 2014, I electronically filed the attached document(s):

**STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Ryan Baker, Esq.
Scott Malzahn, Esq.
Baker Marquart LLP
10990 Wilshire Boulevard, 4th Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email:  rbaker@bakermarquart.com
        smalzahn@bakermarquart.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2014, at Los Angeles, California.

_____
Mylene A. Ruiz