NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Todd M. Sorrell (Bar No. 175143)
FULBRIGHT & JAWORSKI LLP
555 S. Flower Street, 41st Floor
Los Angeles, CA 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

ATTORNEY(S) FOR: Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILMON.TV NY INC., et al.<br><br>Plaintiff(s),<br>v.<br><br>CIRQUE DU SOLEIL, INC., et al.<br><br>Defendant(s) | CASE NUMBER:<br>2:14-cv-02241-E<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendants
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FILMON.TV NY INC. d/b/a/ HOLOGRAM USA | Party or associated with a party |
| MUSION DAS HOLOGRAM LIMITED | Party or associated with a party |
| UWE MAASS | Party or associated with a party |
| CIRQUE DU SOLEIL, INC. | Party or associated with a party |
| CIRQUE DU SOLEIL AMERICA, INC. | Party or associated with a party |
| CIRQUE DU SOLEIL HOLDING USA, INC. | Party or associated with a party |
| CIRQUE DU SOLEIL MY CALL, L.L.C. | Party or associated with a party |
| MGM RESORTS INTERNATIONAL | Party or associated with a party |
| MANDALAY CORP. | Party or associated with a party |

April 15, 2014
Date

Signature

Attorney of record for (or name of party appearing in pro per):

TODD M. SORRELL

## PROOF OF SERVICE

I, Mylene A. Ruiz, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, California 90071.

On April 16, 2014, I electronically filed the attached document(s):

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Ryan Baker, Esq.
Scott Malzahn, Esq.
Baker Marquart LLP
10990 Wilshire Boulevard, 4th Floor
Los Angeles, California 90024
Telephone: (424) 652-7800
Facsimile: (424) 652-7850
Email: rbaker@bakermarquart.com
       smalzahn@bakermarquart.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2014, at Los Angeles, California.

_____
Mylene A. Ruiz